1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT KESSLER, <br><br> Plaintiff, <br><br> -vs- <br><br> HUCKLEBERRY PROPERTIES LLC, and JEFFREY HICKS, individually, <br><br> Defendants. | Cause No. 2:21-cv-783 <br><br> JOINT STIPULATION OF DISMISSAL WITH PREJUDICE <br><br> NOTE ON MOTIONS CALENDAR: November 3, 2021 |

Plaintiff, Robert Kessler, and all Defendants in this matter by and through their respective undersigned counsel, hereby file this Joint Stipulation of Dismissal to dismiss with prejudice pursuant to the parties' settlement agreement and LCR 7(d)(1).

**IT IS SO ORDERED**, this matter shall be Dismissed with prejudice.

Dated this __3rd__ day of __November__, 2021.

_/s/ Theresa L. Fricke_
United States Magistrate Judge

Joint Stip to Dismiss   Page | - 1 -                               Enabled Law Group
                                                                    P.O. Box 4523
                                                                    Missoula, MT 59806
                                                                    (406) 493-1084

1   DATED this 20 day of November, 2021.

2                                       Respectfully submitted,

3

4                                       */s/ M. William Judnich*

5                                       M. William Judnich
                                        WSBA #56087
6                                       Enabled Law Group
                                        P.O. Box 4523
7                                       Missoula, Montana 59806
                                        Telephone: 406-493-1084
8                                       Email: MJ@Enabledlawgroup.com

9

10                                       */s/ Brian Russell*
                                         Brian Russell
11                                       WSBA # 10715
                                         Russell Law Firm
12                                       17820 Est Ave S.
                                         Normandy Park, WA 98148
13
14                                      bprattorney@msn.com
                                        Attorney for Defendant Huckleberry Properties
15                                      LLC

16

17
                                        */s/ Philip A. Haas*
18                                      Philip A. Haas
                                        WSBA # 46959
19                                      Haas Law, P.S.
                                        506 Second Avenue, Suite 1400
20                                      Seattle, WA 98104
21                                      phil@haasattorneys.com
                                        Attorney for Defendant Jeffrey Hicks
22

23

24

25

26

27